IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

*FILED*

16 DEC 15  AM 10: 18

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JON R. DEUTSCH,

       **Plaintiff,**

-vs-                                                     Case No.  A-16-CA-378-SS

FIREBRAND PROPERTIES, LP,

         **Defendant.**

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting no activity in this file since the order of this Court on October 3, 2016, enters the following:

IT IS ORDERED the above-styled and numbered cause is DISMISSED for failure to prosecute and to comply with the orders of this Court.

SIGNED this the _15th_ day of December 2016.

_____
UNITED STATES DISTRICT JUDGE